# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 30, 2025

## NO. 03-25-00625-CR

**Madeleine Perney, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ELLIS

This is an appeal from the judgment of conviction entered by the trial court. Madeleine Perney has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Madeleine Perney to withdraw her notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.